**IN THE UNITED STATES DISTRICT COURT
FOR WESTERN PENNSYLVANIA**

03-121

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal Action No. 03-121 |
| VS. : | |
| : | MOTION FOR A NEW TRIAL |
| JOHN A. HAVEY : | |
| Defendant : | |

## MOTION FOR A NEW TRIAL PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 33 (b) (1) NEWLY DISCOVERED EVIDENCE AND MEMORANDUM IN SUPPORT THEREOF

And now comes John A. Havey, Pro Se, and respectfully represents the following in support of the motion:

1. On February 11, 2005 the jury in the above captioned case returned a guilty verdict.

2. A Notice of Appeal was timely filed and a Panel decision affirming the district court was entered on April 12, 2007.

3. A Petition for Rehearing was filed on May 16, 2007 and is pending.

4. In late February, 2006 while in the process of reviewing documents for appellate counsel, Havey discovered a copy of a check to the I.R.S. dated April 7, 1997. ( Exhibit A )

5. Reference to the check was made in the Motion For Release Pending Appeal and a copy attached thereto.

1

Wherefore, Mr. Havey respectfully requests the court to order a hearing on this motion and set aside the sentence and judgment herein and to grant him a new trial.

Respectfully submitted,

John A. Havey, Pro Se
2310 Virginia Avenue
Aliquippa, PA 15001
724-622-5631

6/11/07

After careful consideration, denied.

Donetta W. Ambrose